IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>TAMARA LYNN BASTIEN,<br>Defendant. | ) CR 13-0032-JLQ-2<br>)<br>) ORDER GRANTING MOTION<br>) TO MODIFY ORDER SETTING<br>) CONDITIONS OF RELEASE<br>) ~~(PROPOSED)~~<br>)<br>) |

BEFORE THE COURT is Defendant's Unopposed Motion to Modify Order Setting Conditions of Release. (ECF No. 65).

The Court has reviewed the Motion and the supporting documents and is fully informed. Accordingly,

**IT IS ORDERED** that:

The Defendant's Motion to Modify Order Setting Conditions of Release is **GRANTED**. Tamara Bastien shall be allowed to return to residing at her apartment. All other conditions of release previously ordered shall remain in effect.

Dated this 14th day of May, 2013.

/s/ _____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY ORDER SETTING
CONDITIONS OF RELEASE 1