1
2
3
4
5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON
7

8  UNITED STATES OF AMERICA,          No. CR-13-32-JLQ-2

9                Plaintiff,           ORDER GRANTING
                                      UNOPPOSED MOTION
10  vs.

11  TAMARA LYNN BASTIEN,

12                Defendant.

13          Before the Court is Defendant's Unopposed Motion to Temporarily Modify
14  Order Setting Conditions of Release.  ECF No. 87.  The Court has reviewed the
15  Motion and the supporting documents.  Defendant has no criminal history, except
16  the dismissed state matter related to the captioned matter.  She has been compliant
17  with her conditions of release.  Accordingly,

18          **IT IS ORDERED** that the Defendant's unopposed Motion to Temporarily
19  Modify Order Setting Conditions of Release, **ECF No. 87,** is **GRANTED**.
20  Defendant shall be allowed to attend a family reunion at Alta Lake, Washington,
21  from June 19-June 25, 2013.  Contact information must be timely provided to
22  Pretrial Services.

23          All other conditions of release previously ordered shall remain in effect.
24          DATED June 18, 2013.

25
26          _____S/ CYNTHIA IMBROGNO_____
27          UNITED STATES MAGISTRATE JUDGE
28

ORDER - 1