UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TAMARA LYNN BASTIEN,<br><br>　　　　　　　Defendant. | No. CR-13-032-2-JLQ<br><br>ORDER GRANTING IN PART MOTION TO MODIFY |

　　　BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 113). Defendant seeks to Modify paragraph 29 of the Order Setting Conditions of Release (ECF No. 48) which imposes a curfew of 8:00 p.m. to 6:00 a.m. Defendant seeks removal of the curfew, or in the alternative, extension of the curfew to 11:00 p.m. to allow her more time to spend with her newborn baby who is hospitalized in Richland, Washington. Defendant resides in Pendleton, Oregon, and the curfew in addition to travel time, is limiting the amount of time she can spend at the hospital. The Motion represents that the Government has been contacted and does not oppose the Motion. **IT IS HEREBY ORDERED**:

　　　The Motion (ECF No. 113) is **GRANTED IN PART**. The curfew is not removed entirely, rather Defendant is exempted from the curfew to the extent she is traveling to or from the hospital in Richland, or if she chooses to spend the night at the hospital. times per week. On the days she remains in Pendleton, the curfew remains in place.

　　　**IT IS SO ORDERED**. The Clerk shall enter this Order and furnish copies to counsel and Judge Imbrogno.

　　　Dated this 23rd day of August, 2013.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1