UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  vs.<br><br>TAMARA LYNN BASTIEN,<br><br>                Defendant. | No.  CR-13-032-2-JLQ<br><br>ORDER GRANTING IN PART MOTION TO MODIFY |

      BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 143). Defendant seeks to Modify paragraph 29 of the Order Setting Conditions of Release (ECF No. 48) which imposes a curfew of 8:00 p.m. to 6:00 a.m. The court has previously modified the curfew condition on Defendant's request to allow her more time to visit her premature newborn infant who was in the hospital in Richland. See Order at ECF No. 114.

      The instant Motion states that Defendant has recently obtained employment and is set to commence working on December 17, 2013, and will be working the 6:00 a.m. to 2:00 p.m. shift. Defendant states she will need to leave home at 5:30 a.m., which would conflict with the curfew. Defendant represents that the supervising Probation Officer "has no objection to removing Ms. Bastien's curfew", and that the Government does not object, if Probation does not object. (ECF No. 143, p. 2).

      However, Defendant's new job does not require removal of the curfew, rather only slight modification. Defendant has pled guilty, and was set for sentencing on November 21, 2013. The court granted Defendant's Motion to Continue in order to accommodate Defendant's concerns with the health of her premature newborn infant.

ORDER - 1

Case 2:13-cr-00032-JLQ   Document 144   Filed 12/11/13

**IT IS HEREBY ORDERED**:

The Motion (ECF No. 143) is **GRANTED IN PART**. The curfew is not removed entirely, rather **the curfew is modified to 8:00 p.m. to 5:00 a.m.** to allow Defendant time to travel to her place of employment.

The sentencing date for this Defendant will be subsequently set by the court. Within 20 days from the date of this Order, counsel for the Defendant shall file a Status Report concerning the Defendant's present circumstances, the residence and supervision of her children, and the medical condition of the newborn and premature child.

**IT IS SO ORDERED**. The Clerk shall enter this Order and furnish copies to counsel.

Dated this 11th day of December, 2013.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE