UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>TAMARA LYNN BASTIEN,<br><br>                Defendant. | No. CR-13-032-JLQ-2<br><br>ORDER GRANTING<br>MOTION TO MODIFY |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release (ECF No. 157). Defendant seeks to Modify paragraph 29 of the Order Setting Conditions of Release (ECF No. 48) which imposes a curfew of 8:00 p.m. to 6:00 a.m. The court has previously modified the curfew condition on Defendant's request to allow her more time to visit her premature newborn infant who was in the hospital in Richland. See Order at ECF No. 114. The court further modified the curfew to 8:00 p.m. to 5:00 a.m. to allow Defendant sufficient time to travel to her place of employment with a shift beginning at 6:00 a.m.

The instant Motion seeks to again modify the curfew to allow her to attend her son's Little League Baseball games, some of which do not begin until 7:30 p.m. Defendant represents that the supervising Probation Officer has no objection to extending the curfew to allow for attendance, and that Assistant United States Attorney Baunsgard has been contacted and does not object. (ECF No. 157, p. 2).

**IT IS HEREBY ORDERED**:

The Motion (ECF No. 157) is **GRANTED**. The curfew of **8:00 p.m. to 5:00 a.m.** remains in effect except as to the dates and times that Defendant is attending her son's

ORDER - 1

baseball games. Defendant shall notify her supervising probation officer of the dates and times of the games when this limited extension of the curfew is to be utilized. All other conditions of release previously ordered shall remain in effect.

**IT IS SO ORDERED**. The Clerk shall enter this Order and furnish copies to counsel and the United States Probation Office.

Dated this 24th day of April, 2014.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2